UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| Mary E. Lyons Felton,<br><br>           Plaintiff,<br><br>   v.<br><br>Gates County Board of Education,<br><br>           Defendant. | **JUDGMENT**<br><br>2:15-CV-20-BR |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** the Board's motion to strike, (DE # 49), is DENIED. The Board's motion for summary judgment, (DE # 40), is GRANTED.

Judgment is entered in favor of Gates County Board of Education and this case is closed.

<u>**This judgment filed and entered on January 31, 2017, and served on:**</u>

John D. Leidy (via CM/ECF Notice of Electronic Filing)
Mary E. Lyons Felton (via US Mail at 105 Princess Anne Circle, Elizabeth City, NC 27909)

January 31, 2017

JULIE RICHARDS JOHNSTON, CLERK

By: Deputy Clerk